# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cr-0058-H |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| OCTAVIO REYNA-ESTRELLA (1), | |
| Defendant. | The Honorable Marilyn L. Huff |

The United States of America's Motion to Dismiss the Information Without Prejudice (ECF No. 37) is GRANTED. The Court dismisses the Information (ECF No. 22) against Defendant Octavio Reyna-Estrella without prejudice.

DATED: March 28, 2024

HON. MARILYN L. HUFF
United States District Judge